IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02013-WJM-KLM

C. VANCE HENDRICKSON, D.M.D.,

    Plaintiff,

v.

THOMAS DOYLE,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Entry of Stipulated Protective Order** [#13][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **DENIED without prejudice**. The proposed Stipulated Protective Order [#13-1] submitted with the Motion ends on page 4 in the middle of a sentence.

    Dated: September 29, 2014

---

[1] "[#13]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.